810 A.2d 1074

IN THE MATTER OF WILLIAM E. MCMANUS, II, AN
ATTORNEY AT LAW (ATTORNEY NO. 001671982)

December 10, 2002.

## ORDER

**WILLIAM E. McMANUS, II,** of **MORRISTOWN,** who was admitted to the bar of this State in 1982, having pleaded guilty to willfully attempting to evade income tax, in violation of 26 *U.S.C.A.* 7201, and failure to file an income tax return, in violation of 26 *U.S.C.A.* 7203, and good cause appearing;

It is ORDERED pursuant to *Rule* 1:20–13(b)(1), that **WILLIAM E. McMANUS, II,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **WILLIAM E. McMANUS, II,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **WILLIAM E. McMANUS, II,** comply with *Rule* 1:20–20 dealing with suspended attorneys.